UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| SALEM POINTE CAPITAL, LLC, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Nos. 3:18-cv-443 / 3:18-cv-444 |
| BEP RARITY BAY, LLC and BALD EAGLE VENTURES, LLC, | ) ) ) ) | REEVES/POPLIN |
| *Defendants*. | ) ) | |

## ORDER

On October 11, 2019, this Court this Court ordered the parties to mediation and stayed the case. [D. 50]. On February 3, 2020, the parties indicated through a joint status report that, during the stay, a separate lawsuit was filed by Rarity Bay Partners ("RBP") against both Salem Pointe Capital, LLC ("SPC") and BEP Rarity Bay, LLC, ("BEP"). [D. 54]. Through that lawsuit, RBP (f/k/a/ Salem Pointe Capital Partners or "SPCP" in these proceedings) seeks to set aside the settlement agreement entered between SPC and BEP in this case. [*Id.*]. Though the mediation process continues, the parties have stated that "progress has been slow." [*Id.*]. As a result, "BEP, SPC, and RBP all believe that an additional stay of this litigation, both to allow the mediation talks to continue and to give time for the state court lawsuit to play out, is in the best interests of all parties." [*Id.*].

Consequently, the stay in this case is **EXTENDED** until further order of the Court. The Court previously ordered all parties to appear through new counsel at the end of the stay. [D. 50]. However, due to the protraction of this litigation, all parties are **ORDERED** to effectuate the Court's previous instructions regarding the appearance of new counsel on or before May 20, 2020. This matter will be resolved expediently once the stay is lifted.

1

The parties are **ORDERED** to file a joint status report advising the Court on the status of mediation and the related proceedings on or before May 20, 2020. The parties are further **ORDERED** to file joint status reports every twenty-one days thereafter until the stay in this case is lifted. Lastly, the trial in this case, currently set for June 2, 2020, is **CONTINUED**. The Court will contact the parties to reschedule when it is appropriate to do so.

    **IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**