UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SALEM POINTE CAPITAL, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BEP RARITY BAY, LLC and BALD )<br>EAGLE VENTURES, LLC, )<br>)<br>*Defendants*. )<br>)<br>)<br>RARITY BAY PARTNERS, )<br>)<br>*Movant/Intervenor Applicant*. ) | Nos. 3:18-cv-443, 3:18-cv-444<br>REEVES/POPLIN |

## JUDGMENT

In accordance with the accompanying memorandum opinion and order and the Stipulation of Dismissal [D. 67], this case is **DISMISSED with prejudice**.

IT IS SO ORDERED.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ JOHN L. MEDEARIS
CLERK OF COURT